E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5046
    Facsimile: (213) 894-0141
    E-mail:    jena.maccabe@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: COMPLAINT, ARREST WARRANT, AND SEARCH WARRANTS | Case No. 2:23-mj-01090-DUTY<br><br>[~~PROPOSED~~] ORDER SEALING DOCUMENTS<br><br>**(UNDER SEAL)** |

For good cause shown, IT IS HEREBY ORDERED that the complaint, arrest warrant, search warrants, and all attachments thereto, the application for the complaint, arrest warrant, search warrants, and all attachments thereto, as well as the <u>ex parte</u> application for order sealing documents, the memorandum of points and authorities, the declaration of Jena A. MacCabe, and this Court's sealing order, and all documents subsequently filed under this same case number until such time as an unsealing order is issued, shall be kept under seal until further order of the Court, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time

1

they may be produced to defense counsel.  The executing agents or officers are permitted to provide a copy of the warrants as required by Federal Rule of Criminal Procedure 41(f).

IT IS SO ORDERED.

```
   3/9/23                                  [signature]
   DATE                           HONORABLE MICHAEL R. WILNER
                                  UNITED STATES MAGISTRATE JUDGE
```

IN CASE OF DENIAL:

The government's application for an order sealing documents is DENIED.  The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

IT IS SO ORDERED.

```
   DATE                           HONORABLE MICHAEL R. WILNER
                                  UNITED STATES MAGISTRATE JUDGE
```

Presented by:

   /s/
   JENA A. MACCABE
   Assistant United States Attorney