Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2023 MAR 16 AM 9:00
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___TV___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  V. | PLAINTIFF | CASE NUMBER: 2:23-mj-01090-DUTY |
|---|---|---|
| DAEKUN CHO, aka "DK,"  USMS# _____ | DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 03/16/2023 at 0400 ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 03/16/2023 at 0400 ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☐ No

4. Charges under which defendant has been booked:
   Title 18, United States Code, Section 1951 INTERFERENCE WITH COMMERCE BY THREATS OR VIOLEN

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: 1984

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Pre-Trial

10. Remarks (if any): N/A

11. Name: Daniel Jefferson  (please print)

12. Office Phone Number: 562-519-9221

13. Agency: HSI

14. Signature: DANIEL E JEFFERSON  Digitally signed by DANIEL E JEFFERSON  Date: 2023.03.16 06:01:37 -07'00'

15. Date: 03/16/2023

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION