**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, Plaintiff,

vs.

Daekun Cho

Defendant.

Western Division

Case Number: 2:23-MJ-01090
Initial App. Date: 03/16/2023
Initial App. Time: 2:00 PM

Date Filed: 03/09/2023
Violation: 18:1951
CourtSmart/ Reporter: CS 03/16/23

~~UNDER SEAL~~

Complaint & Warrant
Custody

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE:** Michael R. Wilner

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Munoz II, James R. (Deputy Clerk) / Jena MacCabe (Assistant U.S. Attorney) / None (Interpreter/Language)

- [ ] INITIAL APPEARANCE NOT HELD - CONTINUED
- [x] Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- [x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  - [x] preliminary hearing OR [ ] removal hearing / Rule 20.
- [x] Defendant states true name [x] is as charged [ ] is ____
- [ ] Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- [x] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered **SEALED**.
- [x] Attorney: Nadine Hettle, DFPD [x] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
  - [ ] Special appearance by: ____
- [x] Government's request for detention is: [x] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
- [ ] Contested detention hearing is held. [x] Defendant is ordered: [x] Permanently Detained [ ] Temporarily Detained (see separate order).
- [ ] BAIL FIXED AT $ ____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- [x] Government moves to UNSEAL ~~Complaint/Indictment/Information~~/Entire Case: [x] GRANTED [ ] DENIED
- [ ] Preliminary Hearing waived. [ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
- [ ] This case is assigned to Magistrate Judge ____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- [ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for
  District Judge ____ at 11:30 AM for the setting of further proceedings.
- [x] Preliminary Hearing set for 3/30/23 at ~~4:30 PM~~
- [x] PIA set for: 4/6/23 at 11:30 AM in LA ~~at 10:00 AM in Riverside; at 10:00 AM in Santa~~ Ana
- [ ] Government's motion to dismiss case/defendant ____ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [ ] Defendant executed Waiver of Rights. [ ] Process received.
- [ ] Court ORDERS defendant Held to Answer to ____ District of ____
  - [ ] Bond to transfer, if bail is posted. Defendant to report on or before ____
  - [ ] Warrant of removal and final commitment to issue. Date issued: ____ By CRD: ____
  - [ ] Warrant of removal and final commitment are ordered stayed until ____
- [ ] Case continued to (Date) ____ (Time) ____ AM / PM
  Type of Hearing: ____ Before Judge ____ /Duty Magistrate Judge.
  Proceedings will be held in the [ ] Duty Courtroom ____ [ ] Judge's Courtroom ____
- [x] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- [ ] RELEASE ORDER NO: ____
- [ ] Other: ____

[ ] PSA [ ] USPO [x] FINANCIAL     [x] CR-10 [ ] CR-29     [ ] READY

Deputy Clerk Initials: JM