1   E. MARTIN ESTRADA
    United States Attorney
2   MACK E. JENKINS
    Assistant United States Attorney
3   Chief, Criminal Division
    JENA A. MACCABE (Cal. Bar No. 316637)
4   Assistant United States Attorney
    Violent and Organized Crime Section
5        1300 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone: (213) 894-5046
7        Facsimile: (213) 894-0141
         E-mail:    jena.maccabe@usdoj.gov
8
    Attorneys for Plaintiff
9   UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12   UNITED STATES OF AMERICA,            No. MJ 23-1090-DUTY

13            Plaintiff,                  GOVERNMENT'S *EX PARTE* APPLICATION
                                          FOR ORDER UNSEALING THE COMPLAINT
14            v.

15   DAEKUN CHO,
       aka "DK,"
16
             Defendant.
17

18        Plaintiff United States of America, by and through its counsel

19   of record, the United States Attorney for the Central District of

20   California and Assistant United States Attorney Jena A. MacCabe,

21   hereby applies ex parte for an order directing that the complaint be

22   unsealed.

23   //

24   //

25

26

27

28

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

MAR 16 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1        This ex parte application is based upon the attached declaration

2    of Jena A. MacCabe.

3    Dated: March 16, 2023                Respectfully submitted,

4                                         E. MARTIN ESTRADA
                                          United States Attorney
5
                                          MACK E. JENKINS
6                                         Assistant United States Attorney
                                          Chief, Criminal Division
7

8                                                /s/
                                          JENA A. MACCABE
9                                         Assistant United States Attorney

10                                        Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF JENA A. MACCABE**

I, Jena A. MacCabe, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am the attorney representing the government in this case.

2.   On March 16, 2023, defendant DAEKUN CHO, also known as "DK," ("defendant") was arrested pursuant to a criminal complaint and arrest warrant in United States v. Daekun Cho, 23-MJ-1090-DUTY.

3.   The government requests unsealing of the complaint. Defendant has been arrested, and therefore, disclosure will no longer jeopardize the investigation or apprehension of the target subject.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 16, 2023.

_____/s/_____
JENA A. MACCABE