## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 23-149 FMO | Date | April 26, 2023 |
|---|---|---|---|
| Title | United States v. Cho | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER RE: REVIEW OF DETENTION ORDER

    1.    Defendant Cho applied for reconsideration of the detention order in this criminal action. (Docket # 19.) Judge Wilner will hear the matter on Monday, May 8, at 10 a.m. Judge Wilner sits in Courtroom 550, Roybal Federal Courthouse, 255 E. Temple St., in downtown Los Angeles.

    2.    If Defendant wishes to file any materials in advance of the hearing, the Court must receive them by noon on Wednesday, May 3. Additionally, the defense is directed to make Mr. Cho available for an interview with Pretrial Services (he declined to do so at his initial appearance in March) by that date.

    3.    The government's submission (if any) will be due by noon on Friday, May 5.

cc:    U.S. Probation and Pretrial Services Agency, Pretrial Investigations Unit