# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. **CR23-149 FMO**  CourtSmart **CS 05/08/23**  Date: **May 8, 2023**

Present: The Honorable **Michael R. Wilner**, U.S. Magistrate Judge

**James Muñoz** — Deputy Clerk
**Jena MacCabe** — Assistant U.S. Attorney
**N/A** — Interpreter / Language

USA v. **Daekun Cho**
☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant: **Anthony Solis**
☑ Present  ☐ CJA  ☑ Retd  ☐ DFPD  ☐ Not present

**PROCEEDINGS: DETENTION HEARING**   ☐ Contested detention hearing is held.

☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____.  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in Courtroom _____ before Judge _____.
☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____, in Courtroom _____ before Judge _____.
☐ Release Order Issued - Release No. _____.
☐ Other: _____

**PROCEEDINGS:**  ☑ **REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING**
☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's  ☑ Defendant's request for review / reconsideration of bail / detention order had and request is:
☐ GRANTED  ☑ DENIED

Court ORDERS bail as to the above-named defendant ☐ **modified to** ☐ **set at: $** _____
  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Bond previously set is ordered vacated.
☑ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).  ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____.
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

Release Order Issued - Release No. _____                                      : 28

Deputy Clerk Initials **JM**