UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 23-149 FMO | Date | May 8, 2023 |
|---|---|---|---|
| Title | United States v. Cho | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER DENYING RECONSIDERATION REQUEST

 1. The Court (Magistrate Judge Wilner) conducted a hearing on Defendant's motion for review of the detention order in this action. (Docket # 19, 20, 26.)

 2. For the reasons stated at the hearing, the request for reconsideration of detention is denied. The government adequately showed by clear and convincing evidence that the Court cannot set conditions of release that would reasonably assure the safety of the community.

 3. I recognize the significance of the pledge of a secured bond from Defendant's relatives. However, the facts of Defendant's violent conduct (as explained in the original criminal complaint have been augmented by convincing proof of possession of serious weaponry and additional information regarding Defendant's conduct at the time of his arrest. Taken together, the Court has little confidence that it could plausibly set conditions of release that would (a) protect the community and (b) be honored by Defendant during the pendency of the case.