| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| Anthony M. Solis, SBN 198580<br>Anthony M. Solis, A Prof. Law Corp.<br>23679 Calabasas Road, Suite 412<br>Calabasas, CA 91302<br>213-489-5880<br>anthonysolislaw@gmail.com Atty for Defendant Cho | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Daekun Cho<br><br>DEFENDANT. | CASE NUMBER<br><br>23-cr-149-FMO<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION**<br>**(18 U.S.C. §3142) AND REQUEST FOR HEARING** |
|---|---|

Application is made by ☐ plaintiff ☑ defendant Daekun Cho
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Michael R. Wilner _____ by order dated: 5-8-2023

☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

**This is a review of Mag Judge Wilner's order 5-8-2023 denying reconsideration of the detention order imposed on 3-7-2023**

Relief sought *(be specific):*
Set bond on reasonable terms.
This is a request for Judge Olguin to review Mag Judge Wilner's detention order.

Counsel for the defendant and plaintiff United States Government consulted on 5-17-2023
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on 5-17-2023.

An interpreter is ☐ required ☐ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| 5-17-2023 | Anthony M. Solis, attorney for defendant |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (06/07)