Case 2:23-cr-00149-FLA   Document 40   Filed 08/01/23   Page 1 of 3   Page ID #:249

FILED
CLERK, U.S. DISTRICT COURT
8/1/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ___V. Figueroa___ DEPUTY

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
KEVIN J. BUTLER (Cal. Bar No. 329129)
Assistant United States Attorneys
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5046/6495
    Facsimile: (213) 894-0141
    E-mail:   jena.maccabe@usdoj.gov
               kevin.butler2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-00149-FMO |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR AN ORDER SEALING DOCUMENTS; DECLARATION OF JENA A. MACCABE |
| v. | |
| DAEKUN CHO, aka "DK," | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jena A. MacCabe and Kevin J. Butler, hereby applies *ex parte* for an order that Exhibits 1-5, 11-12, and 18-21 to its opposition to defendant DAEKUN CHO's application for review/reconsideration of order of detention be filed under seal.

//

//

This ex parte application is based upon the attached declaration of Jena A. MacCabe.

Dated: July 31, 2023              Respectfully submitted,

                                             E. MARTIN ESTRADA
                                             United States Attorney

                                             MACK E. JENKINS
                                             Assistant United States Attorney
                                             Chief, Criminal Division

                                                    /s/
                                             JENA A. MACCABE
                                             KEVIN J. BUTLER
                                             Assistant United States Attorneys

                                             Attorneys for Plaintiff
                                             UNITED STATES OF AMERICA

<u>DECLARATION OF JENA A. MACCABE</u>

I, Jena A. MacCabe, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this case.

2. The government requests leave to file Exhibits 1-5, 11-12, and 18-21 to its opposition to defendant DAEKUN CHO's application for review/reconsideration of order of detention under seal. Those exhibits contain sensitive information about the victims in this case, which is subject to the protective order already in place in this matter.

3. On July 31, 2023, the government contacted defense counsel by email requesting his position on sealing the exhibits. Defense counsel responded that he did not object to the exhibits being filed under seal.

4. The government will produce a copy of the exhibits to defendant pursuant to the protective order already in place in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 31, 2023.

                                          /s/
                                    JENA A. MACCABE
                                    Assistant United States Attorney