# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - REVIEW/RECONSIDERATION OF DETENTION ORDER

Case No. CR 23-00149-FMO          Court Reporter: Maria Bustillos     Date: August 3, 2023

Present: The Honorable FERNANDO M. OLGUIN, U.S. DISTRICT JUDGE

| Vanessa Figueroa | James Butler & Jena MacCabe | None |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. DAEKUN CHO

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant:
Anthony Solis

☑ Present  ☐ CJA  ☑ Retd  ☐ DFPD  ☐ Not present

**PROCEEDINGS:  DETENTION HEARING**          ☐ Contested detention hearing is held.

☐ Government's request for detention is:  ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Witnesses CST (see separate list).     ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
      ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED.  See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____.    ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM**
**FOR CONDITIONS OF RELEASE**.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐a. m. / ☐p.m. in
Courtroom _____ before Judge _____
☐ Court orders case continued to _____ at _____ ☐a. m. / ☐p.m. for _____ , in
Courtroom _____ before Judge _____ .
☐ Release Order Issued - Release No. _____ .
☐ Other: _____

**PROCEEDINGS:**     ☒ **REVIEW / RECONSIDERATION OF DETENTION ORDER**
                     ☐ **NEBBIA HEARING**

Hearing on ☐ Plaintiff's  ☑ Defendant's request for review / reconsideration of bail / detention order had and request is:
            ☐ GRANTED   ☐ DENIED
Court ORDERS bail as to the above-named defendant ☐ **modified to** ☐ **set at: $** _____
      ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained.  See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).     ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
      ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____
before Judge _____ in Courtroom _____ .
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☑ Other  Argument heard, victims Le and Shin heard.  Korean Interpreter, Cathleen Jung, assisted victim Lee.
Court will take the matter under submission and issue its ruling.

Release Order Issued - Release No. _____          00 : 40

                                               Deputy Clerk Initials vdr