Mark J. Werksman, Esq. (State Bar No. 120767)
Karen M. Sosa, Esq. (State Bar No. 269429)
WERKSMAN JACKSON & QUINN LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017
Telephone: (213) 688-0460
Facsimile: (213) 624-1942
Email: mwerksman@werksmanjackson.com
Email: ksosa@werksmanjackson.com

Attorneys for Defendant
DAEKUN CHO

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAEKUN CHO, <br><br> Defendant. | **CASE NO. 2:23-CR-149-FLA** <br><br> **DECLARATION OF KAREN SOSA IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO GRAPE STREET CRIPS** <br><br> Date:    March 1, 2024 <br> Time:    2:00 p.m. <br> Courtroom:   6B |

## DECLARATION OF KAREN M. SOSA

I, Karen M. Sosa, declare as follows:

1. I am an attorney practicing in the state of California and the Central District of California. I am counsel of record for defendant Daekun Cho ("Defendant").  I make this Declaration from personal knowledge, and if called as a witness I could and would testify competently to the matters set forth herein.

2.  Attached hereto as Exhibit A is a true and correct copy of the
Government's Disclosure of Proposed Expert Testimony by LAPD
Officer Jacob C. Rice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 16, 2024, at Los Angeles, California.

_____

Karen M. Sosa