**FILED**
CLERK, U.S. DISTRICT COURT

3/1/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CDO\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DAEKUN CHO,<br>　aka "DK,"<br><br>　　　　Defendant. | CR No. 23-149(A)-FLA<br><br>**F I R S T**<br>**S U P E R S E D I N G**<br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 1951(a): Interference and Attempted Interference with Commerce by Extortion; 18 U.S.C. § 2119(2): Carjacking; 18 U.S.C. §§ 981(a)(1)(C), 982, 924; and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　The Grand Jury charges:

## COUNTS ONE AND TWO

[18 U.S.C. § 1951(a)]

　　On or about the following dates, in Los Angeles County, within the Central District of California, defendant DAEKUN CHO, also known as "DK," knowingly and with intent to obtain property, obstructed, delayed, and affected interstate commerce by committing extortion, in that defendant CHO obtained property, consisting of money from Victim Y.S., a manager of hostesses catering to karaoke bars, by means of threatened force, violence, and fear of injury, immediate and future,

to Victim Y.S. and Victim Y.S.'s business:

| COUNT | DATE | AMOUNT |
|---|---|---|
| ONE | November 16, 2020 | $100 |
| TWO | December 19, 2020 | $100 |

COUNTS THREE AND FOUR

[18 U.S.C. § 1951(a)]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant DAEKUN CHO, also known as "DK," knowingly and with intent to obtain property, obstructed, delayed, and affected interstate commerce by committing extortion, in that defendant CHO obtained property, consisting of money from Victim J.L., a manager of hostesses catering to karaoke bars, by means of threatened force, violence, and fear of injury, immediate and future, to Victim J.L. and Victim J.L.'s business:

| COUNT | DATE | AMOUNT |
|---|---|---|
| THREE | January 12, 2021 | $100 |
| FOUR | February 15, 2021 | $100 |

COUNTS FIVE THROUGH THIRTY-TWO

[18 U.S.C. § 1951(a)]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant DAEKUN CHO, also known as "DK," knowingly and with intent to obtain property, obstructed, delayed, and affected interstate commerce by committing extortion, in that defendant CHO obtained property, consisting of money from Victim S.S., a manager of hostesses catering to karaoke bars, by means of threatened force, violence, and fear of injury, immediate and future, to Victim S.S. and Victim S.S.'s business:

| COUNT | DATE | AMOUNT |
|---|---|---|
| FIVE | December 17, 2020 | $100 |
| SIX | January 17, 2021 | $100 |
| SEVEN | February 15, 2021 | $100 |
| EIGHT | March 16, 2021 | $100 |
| NINE | April 15, 2021 | $200 |
| TEN | May 14, 2021 | $200 |
| ELEVEN | June 15, 2021 | $300 |
| TWELVE | July 16, 2021 | $300 |
| THIRTEEN | August 15, 2021 | $300 |
| FOURTEEN | September 16, 2021 | $300 |
| FIFTEEN | October 16, 2021 | $400 |
| SIXTEEN | November 18, 2021 | $400 |
| SEVENTEEN | December 18, 2021 | $500 |
| EIGHTEEN | January 15, 2022 | $520 |
| NINETEEN | February 15, 2022 | $500 |
| TWENTY | March 17, 2022 | $500 |

| COUNT | DATE | AMOUNT |
|---|---|---|
| TWENTY-ONE | April 16, 2022 | $500 |
| TWENTY-TWO | May 15, 2022 | $400 |
| TWENTY-THREE | June 20, 2022 | $400 |
| TWENTY-FOUR | July 14, 2022 | $400 |
| TWENTY-FIVE | August 16, 2022 | $400 |
| TWENTY-SIX | September 16, 2022 | $500 |
| TWENTY-SEVEN | October 19, 2022 | $700 |
| TWENTY-EIGHT | November 15, 2022 | $500 |
| TWENTY-NINE | December 16, 2022 | $500 |
| THIRTY | January 15, 2023 | $500 |
| THIRTY-ONE | January 25, 2023 | $400 |
| THIRTY-TWO | March 16, 2023 | $500 |

COUNTS THIRTY-THREE THROUGH THIRTY-NINE

[18 U.S.C. § 1951(a)]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant DAEKUN CHO, also known as "DK," knowingly and with intent to obtain property, obstructed, delayed, and affected interstate commerce by committing extortion, in that defendant CHO obtained property, consisting of money from Victim K.Y.J., a manager of a karaoke bar, by means of threatened force, violence, and fear of injury, immediate and future, to Victim K.Y.J. and Victim K.Y.J.'s business:

| COUNT | DATE | AMOUNT |
|---|---|---|
| THIRTY-THREE | December 7, 2020 | $600 |
| THIRTY-FOUR | January 7, 2021 | $600 |
| THIRTY-FIVE | February 1, 2021 | $600 |
| THIRTY-SIX | March 6, 2021 | $600 |
| THIRTY-SEVEN | April 10, 2021 | $600 |
| THIRTY-EIGHT | April 23, 2021 | $400 |
| THIRTY-NINE | May 5, 2021 | $600 |

COUNTS FORTY THROUGH FIFTY-FIVE

[18 U.S.C. § 1951(a)]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant DAEKUN CHO, also known as "DK," knowingly and with intent to obtain property, obstructed, delayed, and affected interstate commerce by committing extortion, in that defendant CHO obtained property, consisting of money from Victim Y.K., a manager of hostesses catering to karaoke bars, by means of threatened force, violence, and fear of injury, immediate and future, to Victim Y.K. and Victim Y.K.'s business:

| COUNT | DATE | AMOUNT |
|---|---|---|
| FORTY | March 1, 2022 | $1,000 |
| FORTY-ONE | April 15, 2022 | $200 |
| FORTY-TWO | June 5, 2022 | $200 |
| FORTY-THREE | June 20, 2022 | $200 |
| FORTY-FOUR | July 14, 2022 | $200 |
| FORTY-FIVE | July 25, 2022 | $500 |
| FORTY-SIX | August 15, 2022 | $200 |
| FORTY-SEVEN | September 15, 2022 | $200 |
| FORTY-EIGHT | October 15, 2022 | $200 |
| FORTY-NINE | October 19, 2022 | $200 |
| FIFTY | November 15, 2022 | $200 |
| FIFTY-ONE | December 15, 2022 | $200 |
| FIFTY-TWO | January 14, 2023 | $200 |
| FIFTY-THREE | January 16, 2023 | $200 |
| FIFTY-FOUR | February 16, 2023 | $400 |
| FIFTY-FIVE | March 15, 2023 | $400 |

COUNT FIFTY-SIX

[18 U.S.C. § 1951(a)]

On or about February 16, 2023, in Los Angeles County, within the Central District of California, defendant DAEKUN CHO, also known as "DK," knowingly and with intent to obtain property, attempted to obstruct, delay, and affect interstate commerce by committing extortion, in that defendant CHO attempted to obtain property, consisting of $500 from Victim S.S., a manager of hostesses catering to karaoke bars, by means of threatened force, violence, and fear of injury, immediate and future, to Victim S.S. and Victim S.S.'s business.

COUNT FIFTY-SEVEN

[18 U.S.C. §§ 2119(2), 2(a)]

On or about May 8, 2021, in Los Angeles County, within the Central District of California, defendant DAEKUN CHO, also known as "DK," and others known and unknown to the Grand Jury, each aiding and abetting the others, with the intent to cause death and serious bodily harm, knowingly and intentionally took a motor vehicle, namely, a Honda Odyssey minivan, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of another, namely, Victim Y.S., by force and violence and by intimidation, resulting in serious bodily injury.

FORFEITURE ALLEGATION ONE

[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One through Fifty-Six of this First Superseding Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a) All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds traceable to any of the offenses; and

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. §§ 982 and 924; 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Sections 982 and 924, and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count Fifty-Seven of this First Superseding Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a) All right, title and interest in any and all property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such violation;

    (b) All right, title, and interest in any firearm or ammunition involved in or used in such offense, and

    (c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the

11

jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                            A TRUE BILL


                                              /s/
                                            Foreperson


E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JENA A. MACCABE
KEVIN J. BUTLER
Assistant United States Attorneys
Violent & Organized Crime Section