E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
KEVIN J. BUTLER (Cal. Bar No. 329129)
Assistant United States Attorneys
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5046/6495
     Facsimile: (213) 894-0141
     E-mail:    jena.maccabe@usdoj.gov
                kevin.butler2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DAEKUN CHO,<br>　aka "DK,"<br><br>　　　　　Defendant. | No. CR 23-149(A)-FLA<br><br>**STIPULATION REGARDING ACCURACY OF KOREAN LANGUAGE TRANSLATIONS**<br><br>Trial Date: March 19, 2024<br>Trial Time: 8:30 a.m.<br>Location:　Courtroom of the Hon.<br>　　　　　Fernando L. Aenlle-Rocha |

　　　Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jena A. MacCabe and Kevin J. Butler, and defendant DAEKUN CHO, also known as "DK," by and through his counsel of record, Mark Werksman and Karen Sosa, hereby agree and stipulate as follows:

　　　1.　　Agnes Woo, a state and federal certified Korean language interpreter, is deemed to have been called and received as an expert

witness in the translation of the Korean language to English, duly sworn, and to have testified as follows:

    a. Ms. Woo reviewed the recordings in this matter that have been marked as Government's Exhibits 12 and 13. A transcript of each of these recordings was created in which words spoken in Korean were translated from Korean to English.

    b. The translations in Government's Exhibits 122 and 123 correctly and accurately translate the original Korean statements in Government's Exhibits 12 and 13 into English.

    c. Government's Exhibits 122 and 123 contain only those portions of Government's Exhibits 12 and 13 containing Korean statements translated into English.

2. Should the Court admit Government's Exhibits 12 and 13, the Korean-to-English translations in Government's Exhibits 122 and 123 may be received into evidence at trial without objection.

//
//

     3.   The parties agree and stipulate that this stipulation be entered into evidence at trial.  This stipulation constitutes conclusive proof of the above matter for all purposes.

Dated: March 11, 2024                Respectfully submitted,

                                     E. MARTIN ESTRADA
                                     United States Attorney

                                     MACK E. JENKINS
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                         /s/
                                     ─────────────────────────────
                                     JENA A. MACCABE
                                     KEVIN J. BUTLER
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA


Dated: March 11, 2024                    /s/ (w/ email auth.)
                                     ─────────────────────────────
                                     MARK WERKSMAN
                                     KAREN SOSA
                                     Attorneys for Defendant
                                     DAEKUN CHO, aka "DK"