UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>    v.<br><br>DAEKUN CHO,<br><br>    Defendant. | Case No. 2:23-cv-00149-FLA<br><br>**ORDER COMPELLING PHOTOGRAPHING OF TATTOOS**<br>**[DKT. 84]** |

    On Mach 8, 2024, plaintiff the United States of America ("plaintiff" or "government") filed an ex parte application ("Application") for an order compelling defendant Daekun Cho ("defendant") to permit photographs to be taken of his tattoos. Dkt. 84. For good cause shown, the Application is GRANTED. It is ORDERED that government agents or Bureau of Prisons ("BOP") staff be permitted to take photographs of any tattoos on defendant's body, with the exception of intimate body parts, as directed by government agents or BOP staff. Defendant shall, as instructed by government agents or BOP staff, remove any clothing or other obstruction, and display any area of his body for photographing without obstructing any such area. The government may conduct the photographing of tattoos of the defendant without defendant's counsel present. At no time during the photographing process shall

1 | government agents ask questions of the defendant designed to, or reasonably likely to,
2 | elicit an incriminating oral statement.

      IT IS SO ORDERED.

Dated: March 11, 2024

                                      FERNANDO L. AENLLE-ROCHA
                                      United States District Judge