E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
KEVIN J. BUTLER (Cal. Bar No. 329129)
Assistant United States Attorneys
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5046/6495
    Facsimile: (213) 894-0141
    E-mail:    jena.maccabe@usdoj.gov
               kevin.butler2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 23-149(A)-FLA |
| Plaintiff, | GOVERNMENT'S THIRD AMENDED EXHIBIT LIST |
| v. | |
| DAEKUN CHO,<br> aka "DK," | Trial Date: March 19, 2024<br>Trial Time: 8:30 a.m.<br>Location:  Courtroom of the Hon.<br>           Fernando L. Aenlle-Rocha |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jena A. MacCabe and Kevin J. Butler, hereby submits its third amended exhibit list in the above-captioned case.

    The government reserves the right to supplement its exhibit list, and to offer unlisted exhibits for purposes of cross-

examination, impeachment, or rebuttal, and to refresh witnesses'
recollection with documents not on this list.

Dated: March 18, 2024          Respectfully submitted,

                               E. MARTIN ESTRADA
                               United States Attorney

                               MACK E. JENKINS
                               Assistant United States Attorney
                               Chief, Criminal Division


                                    /s/
                               JENA A. MACCABE
                               KEVIN J. BUTLER
                               Assistant United States Attorneys

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

**UNITED STATES v. DAEKUN CHO**

**No. CR 23-149(A)-FLA**

**THIRD AMENDED EXHIBIT LIST**

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | 9mm firearm (Physical Exhibit) | HSI SA Karen Gaspar | FRE 403 | | |
| 2. | Glock 17 firearm (Physical Exhibit) | HSI SA Karen Gaspar | FRE 403 | | |
| 3. | Partially built ghost gun (Physical Exhibit) | HSI SA Karen Gaspar | FRE 403 | | |
| 4. | Motorola (Physical Exhibit) | HSI SA Karen Gaspar/HSI SA John Armstrong | | | |
| 5. | Skeleton masks (Physical Exhibit) | HSI SA Karen Gaspar/HSI SA John Armstrong | | | |
| 6. | Pink baseball bat (Physical Exhibit) | HSI SA Karen Gaspar/HSI SA John Armstrong | | | |
| 7. | Black baseball bat (Physical Exhibit) | HSI SA Karen Gaspar | | | |
| 8. | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 9. | | | | | |
| 10. | Carjacking video angle 1 | Y.S. | | | |
| 11. | Carjacking video angle 2 | Y.S. | | | |
| 12. | Dash camera video part 1 | Y.S. | | | |
| 13. | Dash camera video part 2 | Y.S. | | | |
| 14. | Soopsok assault video 1 | Y.K. | | | |
| 15. | Soopsok assault video 2 | Y.K. | | | |
| 16. | Soopsok assault video 3 | Y.K. | | | |
| 17. | Defendant's first phone call with S.S. during attempted extortion | S.S. | | | |
| 18. | Defendant's second phone call with S.S. during attempted extortion | S.S. | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 19. | On and Off shooting video 1 | I.D.K. | | | |
| 20. | On and Off shooting video 2 | I.D.K. | | | |
| 21. | Body camera of shooting aftermath | LAPD Officer Stephen Cavazos | | | |
| 22. | Body camera of shooting aftermath | LAPD Officer Stephen Cavazos | | | |
| 23. | On and Off shooting video 2 annotated | I.D.K. | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | Venmo payment chart (Y.S.) | Y.S. | | | |
| 28. | Venmo payment chart (J.L.) | J.L. | | | |
| 29. | Venmo payment chart (S.S.) | S.S. | | | |
| 30. | Venmo payment chart (K.Y.J.) | K.Y.J. | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 31. | Venmo payment chart (Y.K.) | Y.K. | | | |
| 32. | Venmo screenshots | Y.S. | | | |
| 33. | Venmo screenshots | J.L. | | | |
| 34. | Venmo screenshots | S.S. | | | |
| 35. | Venmo screenshots | K.Y.J. | | | |
| 36. | Venmo screenshots | Y.K. | | | |
| 37. | Venmo payment excel sheet 1 | 902(11)/ Frank Cannata | | | |
| 38. | Venmo payment excel sheet 2 | 902(11)/ Frank Cannata | | | |
| 39. | | | | | |
| 40. | | | | | |
| 41. | | | | | |
| 42. | CAST expert report | FBI Expert Jeff Bennett | | | |
| 43. | | | | | |
| 44. | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 45. | Defendant's Instagram profile regarding Grape Street Crips | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |
| 46. | Defendant's Instagram post regarding Grape Street Crips 1 | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |
| 47. | Defendant's Instagram post regarding Grape Street Crips 2 | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |
| 48. | Defendant's Instagram post regarding Grape Street Crips 3 | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |
| 49. | Defendant's Instagram post regarding Grape Street Crips 4 | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |
| 50. | Defendant's Instagram post regarding Grape Street Crips 5 | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 51. | Defendant's Instagram post regarding Grape Street Crips 6 | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |
| 52. | Photo of Y.S.'s injuries 1 | Y.S. | FRE 403: Cumulative as proposed | | |
| 53. | Photo of Y.S.'s injuries 2 | Y.S. | FRE 403: Cumulative as proposed | | |
| 54. | Photo of Y.S.'s injuries 3 | Y.S. | FRE 403: Cumulative as proposed | | |
| 55. | Photo of Y.S.'s injuries 4 | Y.S. | FRE 403: Cumulative as proposed | | |
| 56. | Photo of Y.S.'s injuries 5 | Y.S. | FRE 403: Cumulative as proposed | | |
| 57. | Photo of Y.S.'s injuries 6 | Y.S. | FRE 403: Cumulative as proposed | | |
| 58. | Photo of Y.S.'s injuries 7 | Y.S. | FRE 403: Cumulative as proposed | | |
| 59. | Photo of Y.S.'s injuries 8 | Y.S. | FRE 403: Cumulative as proposed | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 60. | Defendant's Instagram post wearing the skeleton mask | Y.S./J.L. | | | |
| 61. | | | | | |
| 62. | | | | | |
| 63. | | | | | |
| 64. | | | | | |
| 65. | | | | | |
| 66. | Photo of Motorola hidden under sink | HSI SA John Armstrong | | | |
| 67. | Photo of Motorola | HSI SA John Armstrong | | | |
| 68. | Photo of firearm and ammunition at defendant's house | HSI SA Karen Gaspar | FRE 403 | | |
| 69. | Photo of Glock 17 | HSI SA John Armstrong/ HSI SA Karen Gaspar | FRE 402, 403 to any photos of IDs, knives, credit cards, drug paraphernalia | | |

7

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 70. | Photo of pistol with barrel extension and extended magazine | HSI SA Karen Gaspar | | | |
| 71. | Photo of mask and hat | HSI SA Karen Gaspar/HSI SA John Armstrong | | | |
| 72. | Photo of ammunition | HSI SA Karen Gaspar | | | |
| 73. | Photo of baseball bat | HSI SA Karen Gaspar/HSI SA John Armstrong | | | |
| 74. | Photo of closet | HSI SA John Armstrong | | | |
| 75. | Photo of AR pistol | HSI SA Karen Gaspar | | | |
| 76. | | | | | |
| 77. | | | | | |
| 78. | | | | | |
| 79. | | | | | |
| 80. | | | | | |
| 81. | | | | | |
| 82. | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 83. | Defendant's texts to K.Y.J. | K.Y.J. | | | |
| 84. | Defendant's texts to Y.K. in October 2022 | Y.K. | | | |
| 85. | Defendant's texts to Y.K. in January 2023 | Y.K. | | | |
| 86. | Defendant's texts to J.L. | J.L. | | | |
| 87. | Defendant's group texts with S.S., Y.K., and others | S.S./Y.K. | | | |
| 88. | Defendant's texts to S.S. in January 2023 | S.S. | | | |
| 89. | Defendant's texts to S.S. in February 2023 | S.S. | | | |
| 90. | | | | | |
| 91. | Defendant's Kakao profile 1 | FBI Digital Forensic Examiner Keanu L. Beltran | | | |

9

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 92. | Defendant's Kakao profile 2 | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 93. | Defendant's texts (Bates 9185-9189) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 94. | Defendant's texts (Bates 9192-9193) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 95. | Defendant's texts (Bates 9220-9222) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 96. | Defendant's texts (Bates 9256-9262) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 97. | Defendant's texts (Bates 9268-9281) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 98. | Defendant's texts (Bates 9282-9283) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 99. | Defendant's texts (Bates 9353-9355) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 100. | Defendant's texts (Bates 9364-9365) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 101. | Defendant's texts (Bates 9385-9396) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 102. | Defendant's texts (Bates 9396-9407) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 103. | Defendant's texts (Bates 9570) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 104. | Defendant's texts (Bates 9574) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 105. | Defendant's texts (Bates 9735-9740) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 106. | Defendant's texts (Bates 9762) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 107. | Defendant's texts (Bates 9821) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 108. | Defendant's texts (Bates 9823) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 109. | Defendant's texts (Bates 9912-9913) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 110. | Defendant's texts (Bates 9924) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 111. | Defendant's texts (Bates 10134-10135) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 112. | Defendant's texts (Bates 10282-10284) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |

12

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 113. | Defendant's texts (Bates 10286-10287) | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 114. | | | | | |
| 115. | | | | | |
| 116. | | | | | |
| 117. | | | | | |
| 118. | | | | | |
| 119. | | | | | |
| 120. | | | | | |
| 121. | | | | | |
| 122. | Translation of dash camera video part 1 | Stipulation | | | |
| 123. | Translation of dash camera video part 2 | Stipulation | | | |
| 124. | Stipulation re Accuracy of Translations (Dkt. 89) | Stipulation | | | |
| 125. | | | | | |
| 126. | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 127. | | | | | |
| 128. | | | | | |
| 129. | | | | | |
| 130. | Honda records | 902(11) | | | |
| 131. | | | | | |
| 132. | | | | | |
| 133. | | | | | |
| 134. | | | | | |
| 135. | Honda 902(11) declaration | 902(11) | | | |
| 136. | T-Mobile 902(11) declarations | 902(11) | | | |
| 137. | PayPal/Venmo 902(11) declaration | 902(11) | | | |
| 138. | | | | | |
| 139. | | | | | |
| 140. | | | | | |
| 141. | Photos of defendant's tattoos | HSI SA Karen Gaspar | FRE 402, 403 | | |
| 142. | | | | | |
| 143. | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 144. | | | | | |
| 145. | | | | | |
| 146. | | | | | |
| 147. | | | | | |
| 148. | | | | | |
| 149. | | | | | |
| 150. | | | | | |
| 151. | | | | | |
| 152. | | | | | |