E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
KEVIN J. BUTLER (Cal. Bar No. 329129)
Assistant United States Attorneys
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5046/6495
    Facsimile: (213) 894-0141
    E-mail:   jena.maccabe@usdoj.gov
                kevin.butler2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-149(A)-FLA |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXTRACTION OF TEXT MESSAGES FROM MOTOROLA PHONE |
| v. | |
| DAEKUN CHO, aka "DK," | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jena A. MacCabe and Kevin J. Butler, and defendant DAEKUN CHO, also known as "DK," by and through his counsel of record, Mark Werksman and Karen Sosa, hereby agree and stipulate as follows:

    1.   Keanu Beltran, a Federal Bureau of Investigation digital forensic examiner, is deemed to have been called and received as a

witness regarding the download, extraction, and preservation of text messages, duly sworn, and to have testified as follows:

      a.   Digital forensic examiner Beltran received Government's Exhibit 4 and downloaded and reviewed the contents of Government's Exhibit 4. Digital forensic examiner Beltran extracted and preserved the contents of Government's Exhibit 4, including text messages from that exhibit.

      b.   Digital forensic examiner Beltran reviewed Government's Exhibits 93-114 and confirmed that Government's Exhibits 93-114 correctly and accurately depict the text messages extracted from Government's Exhibit 4.

2. The Court previously conditionally admitted Government's Exhibits 93-113. By this stipulation, the parties agree that Exhibits 93-113, as well as Exhibit 114, may be received into evidence at trial without objection.

//
//

3.      The parties agree and stipulate that this stipulation be entered into evidence at trial.  This stipulation constitutes conclusive proof of the above matter for all purposes.

Dated: March 23, 2024            Respectfully submitted,

                                                 E. MARTIN ESTRADA
                                                 United States Attorney

                                                 MACK E. JENKINS
                                                 Assistant United States Attorney
                                                 Chief, Criminal Division


                                                   /s/
                                                 JENA A. MACCABE
                                                 KEVIN J. BUTLER
                                                 Assistant United States Attorneys

                                                 Attorneys for Plaintiff
                                                 UNITED STATES OF AMERICA


Dated: March 23, 2024             /s/ (w/ email auth.)
                                                 MARK WERKSMAN
                                                 KAREN SOSA
                                                 Attorneys for Defendant
                                                 DAEKUN CHO, aka "DK"