E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JENA A. MACCABE (Cal. Bar No. 316637)
KEVIN J. BUTLER (Cal. Bar No. 329129)
Assistant United States Attorneys
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5046/6495
    Facsimile: (213) 894-0141
    E-mail:   jena.maccabe@usdoj.gov
            kevin.butler2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DAEKUN CHO,<br>  aka "DK,"<br><br>        Defendant. | No. CR 23-149(A)-FLA<br><br>GOVERNMENT'S FOURTH AMENDED EXHIBIT LIST<br><br>Trial Date: March 19, 2024<br>Trial Time: 8:30 a.m.<br>Location:  Courtroom of the Hon.<br>           Fernando L. Aenlle-<br>           Rocha |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jena A. MacCabe and Kevin J. Butler, hereby submits its fourth amended exhibit list in the above-captioned case.

    The government reserves the right to supplement its exhibit list, and to offer unlisted exhibits for purposes of cross-

examination, impeachment, or rebuttal, and to refresh witnesses' recollection with documents not on this list.

Dated: March 25, 2024                Respectfully submitted,

                                     E. MARTIN ESTRADA
                                     United States Attorney

                                     MACK E. JENKINS
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                     _____/s/_____
                                     JENA A. MACCABE
                                     KEVIN J. BUTLER
                                     Assistant United States Attorneys

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

**UNITED STATES v. DAEKUN CHO**

**No. CR 23-149(A)-FLA**

**FOURTH AMENDED EXHIBIT LIST**

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | 9mm firearm (Physical Exhibit) | HSI SA Karen Gaspar | FRE 403 | | |
| 2. | Glock 17 firearm (Physical Exhibit) | HSI SA Karen Gaspar | FRE 403 | | |
| 3. | Partially built ghost gun (Physical Exhibit) | HSI SA Karen Gaspar | FRE 403 | | |
| 4. | Motorola (Physical Exhibit) | HSI SA Karen Gaspar/HSI SA John Armstrong | | | |
| 5. | Skeleton masks (Physical Exhibit) | HSI SA Karen Gaspar/HSI SA John Armstrong | | | |
| 6. | Pink baseball bat (Physical Exhibit) | HSI SA Karen Gaspar/HSI SA John Armstrong | | | |
| 7. | Black baseball bat (Physical Exhibit) | HSI SA Karen Gaspar | | | |
| 8. | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 9. | | | | | |
| 10. | Carjacking video angle 1 | Y.S. | | | |
| 11. | Carjacking video angle 2 | Y.S. | | | |
| 12. | Dash camera video part 1 | Y.S. | | | |
| 13. | Dash camera video part 2 | Y.S. | | | |
| 14. | Soopsok assault video 1 | Y.K. | | | |
| 15. | Soopsok assault video 2 | Y.K. | | | |
| 16. | Soopsok assault video 3 | Y.K. | | | |
| 17. | Defendant's first phone call with S.S. during attempted extortion | S.S. | | | |
| 18. | Defendant's second phone call with S.S. during attempted extortion | S.S. | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 19. | On and Off shooting video 1 | I.D.K. | | | |
| 20. | On and Off shooting video 2 | I.D.K. | | | |
| 21. | Body camera of shooting aftermath | LAPD Officer Stephen Cavazos | | | |
| 22. | Body camera of shooting aftermath | LAPD Officer Stephen Cavazos | | | |
| 23. | On and Off shooting video 2 annotated | I.D.K. | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | Venmo payment chart (Y.S.) | Y.S. | | | |
| 28. | Venmo payment chart (J.L.) | J.L. | | | |
| 29. | Venmo payment chart (S.S.) | S.S. | | | |
| 30. | Venmo payment chart (K.Y.J.) | K.Y.J. | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 31. | Venmo payment chart (Y.K.) | Y.K. | | | |
| 32. | Venmo screenshots | Y.S. | | | |
| 33. | Venmo screenshots | J.L. | | | |
| 34. | Venmo screenshots | S.S. | | | |
| 35. | Venmo screenshots | K.Y.J. | | | |
| 36. | Venmo screenshots | Y.K. | | | |
| 37. | Venmo payment excel sheet 1 | 902(11)/ Frank Cannata | | | |
| 38. | Venmo payment excel sheet 2 | 902(11)/ Frank Cannata | | | |
| 39. | | | | | |
| 40. | | | | | |
| 41. | | | | | |
| 42. | CAST expert report | FBI Expert Jeff Bennett | | | |
| 43. | | | | | |
| 44. | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 45. | Defendant's Instagram profile regarding Grape Street Crips | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |
| 46. | Defendant's Instagram post regarding Grape Street Crips 1 | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |
| 47. | Defendant's Instagram post regarding Grape Street Crips 2 | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |
| 48. | Defendant's Instagram post regarding Grape Street Crips 3 | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |
| 49. | Defendant's Instagram post regarding Grape Street Crips 4 | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |
| 50. | Defendant's Instagram post regarding Grape Street Crips 5 | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 51. | Defendant's Instagram post regarding Grape Street Crips 6 | J.L./LAPD Officer Jacob C. Rice | Motion in Limine | | |
| 52. | Photo of Y.S.'s injuries 1 | Y.S. | FRE 403: Cumulative as proposed | | |
| 53. | Photo of Y.S.'s injuries 2 | Y.S. | FRE 403: Cumulative as proposed | | |
| 54. | Photo of Y.S.'s injuries 3 | Y.S. | FRE 403: Cumulative as proposed | | |
| 55. | Photo of Y.S.'s injuries 4 | Y.S. | FRE 403: Cumulative as proposed | | |
| 56. | Photo of Y.S.'s injuries 5 | Y.S. | FRE 403: Cumulative as proposed | | |
| 57. | Photo of Y.S.'s injuries 6 | Y.S. | FRE 403: Cumulative as proposed | | |
| 58. | Photo of Y.S.'s injuries 7 | Y.S. | FRE 403: Cumulative as proposed | | |
| 59. | Photo of Y.S.'s injuries 8 | Y.S. | FRE 403: Cumulative as proposed | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 60. | Defendant's Instagram post wearing the skeleton mask | Y.S./J.L. | | | |
| 61. | | | | | |
| 62. | | | | | |
| 63. | | | | | |
| 64. | | | | | |
| 65. | | | | | |
| 66. | Photo of Motorola hidden under sink | HSI SA John Armstrong | | | |
| 67. | Photo of Motorola | HSI SA John Armstrong | | | |
| 68. | Photo of firearm and ammunition at defendant's house | HSI SA Karen Gaspar | FRE 403 | | |
| 69. | Photo of Glock 17 | HSI SA John Armstrong/ HSI SA Karen Gaspar | FRE 402, 403 to any photos of IDs, knives, credit cards, drug paraphernalia | | |

7

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 70. | Photo of pistol with barrel extension and extended magazine | HSI SA Karen Gaspar | | | |
| 71. | Photo of mask and hat | HSI SA Karen Gaspar/HSI SA John Armstrong | | | |
| 72. | Photo of ammunition | HSI SA Karen Gaspar | | | |
| 73. | Photo of baseball bat | HSI SA Karen Gaspar/HSI SA John Armstrong | | | |
| 74. | Photo of closet | HSI SA John Armstrong | | | |
| 75. | Photo of AR pistol | HSI SA Karen Gaspar | | | |
| 76. | | | | | |
| 77. | | | | | |
| 78. | | | | | |
| 79. | | | | | |
| 80. | | | | | |
| 81. | | | | | |
| 82. | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 83. | Defendant's texts to K.Y.J. | K.Y.J. | | | |
| 84. | Defendant's texts to Y.K. in October 2022 | Y.K. | | | |
| 85. | Defendant's texts to Y.K. in January 2023 | Y.K. | | | |
| 86. | Defendant's texts to J.L. | J.L. | | | |
| 87. | Defendant's group texts with S.S., Y.K., and others | S.S./Y.K. | | | |
| 88. | Defendant's texts to S.S. in January 2023 | S.S. | | | |
| 89. | Defendant's texts to S.S. in February 2023 | S.S. | | | |
| 90. | | | | | |
| 91. | Defendant's Kakao profile 1 | FBI Digital Forensic Examiner Keanu L. Beltran | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 92. | Defendant's Kakao profile 2 | FBI Digital Forensic Examiner Keanu L. Beltran | | | |
| 93. | Defendant's texts (Bates 9185-9189) | Stipulation | | | |
| 94. | Defendant's texts (Bates 9192-9193) | Stipulation | | | |
| 95. | Defendant's texts (Bates 9220-9222) | Stipulation | | | |
| 96. | Defendant's texts (Bates 9256-9262) | Stipulation | | | |
| 97. | Defendant's texts (Bates 9268-9281) | Stipulation | | | |
| 98. | Defendant's texts (Bates 9282-9283) | Stipulation | | | |
| 99. | Defendant's texts (Bates 9353-9355) | Stipulation | | | |
| 100. | Defendant's texts (Bates 9364-9365) | Stipulation | | | |
| 101. | Defendant's texts (Bates 9385-9396) | Stipulation | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 102. | Defendant's texts (Bates 9396-9407) | Stipulation | | | |
| 103. | Defendant's texts (Bates 9570) | Stipulation | | | |
| 104. | Defendant's texts (Bates 9574) | Stipulation | | | |
| 105. | Defendant's texts (Bates 9735-9740) | Stipulation | | | |
| 106. | Defendant's texts (Bates 9762) | Stipulation | | | |
| 107. | Defendant's texts (Bates 9821) | Stipulation | | | |
| 108. | Defendant's texts (Bates 9823) | Stipulation | | | |
| 109. | Defendant's texts (Bates 9912-9913) | Stipulation | | | |
| 110. | Defendant's texts (Bates 9924) | Stipulation | | | |
| 111. | Defendant's texts (Bates 10134-10135) | Stipulation | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 112. | Defendant's texts (Bates 10282-10284) | Stipulation | | | |
| 113. | Defendant's texts (Bates 10286-10287) | Stipulation | | | |
| 114. | Defendant's texts (Bates 9667-9668) | Stipulation | | | |
| 115. | | | | | |
| 116. | | | | | |
| 117. | | | | | |
| 118. | | | | | |
| 119. | | | | | |
| 120. | | | | | |
| 121. | | | | | |
| 122. | Translation of dash camera video part 1 | Stipulation | | | |
| 123. | Translation of dash camera video part 2 | Stipulation | | | |
| 124. | Stipulation re Accuracy of Translations (Dkt. 89) | Stipulation | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 125. | | | | | |
| 126. | | | | | |
| 127. | | | | | |
| 128. | | | | | |
| 129. | | | | | |
| 130. | Honda records | 902(11) | | | |
| 131. | | | | | |
| 132. | | | | | |
| 133. | | | | | |
| 134. | | | | | |
| 135. | Honda 902(11) declaration | 902(11) | | | |
| 136. | T-Mobile 902(11) declarations | 902(11) | | | |
| 137. | PayPal/Venmo 902(11) declaration | 902(11) | | | |
| 138. | | | | | |
| 139. | | | | | |
| 140. | | | | | |
| 141. | Photos of defendant's tattoos | HSI SA Karen Gaspar | FRE 402, 403 | | |

13

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 142. | | | | | |
| 143. | | | | | |
| 144. | | | | | |
| 145. | | | | | |
| 146. | | | | | |
| 147. | | | | | |
| 148. | | | | | |
| 149. | | | | | |
| 150. | | | | | |
| 151. | | | | | |
| 152. | Stipulation re Extraction of Text Messages from Motorola Phone (Dkt. 99) | Stipulation | | | |

14