# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA <br><br> Plaintiff(s), <br><br> v. <br><br> DAEKUN CHO <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:23−cr−00149−FLA <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:     3/24/2024

Document No.:    99

Title of Document:     Miscellaneous Document by plaintiff

**ERROR(S) WITH DOCUMENT:**

Local Rule 7−3 compliance statement missing.

Incorrect event selected. Correct event to be used is: Stipulation: order

The filing is a STIPULATION REGARDING EXTRACTION OF TEXT MESSAGES FROM MOTOROLA PHONE to be admitted at trial, as such is Missing proposed order and Lacking Local Rule 5−4.3.4(a)(2)(i) Attestation of signatories .

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: March 25, 2024          By:  /s/ Linda Chai  Linda_Chai@cacd.uscourts.gov
                                                      Deputy Clerk

G−112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**