*UNITED STATES DISTRICT COURT*

*CENTRAL DISTRICT OF CALIFORNIA*

*WESTERN DIVISION*

*THE HON. FERNANDO L. AENLLE-ROCHA, JUDGE PRESIDING*

United States of America,                )
                                         )
                    Plaintiff,           )
                                         )
         vs.                             ) No. CR 23-00149-FLA
                                         )
Daekun Cho,                              )
 aka "DK,"                               )
                                         )
                    Defendant.           )
_____)

*REPORTER'S TRANSCRIPT OF PROCEEDINGS*

*Jury Trial Day 5*

*Tuesday, March 26, 2024*

*10:25 A.M.*

*Los Angeles, California*

*Wil Wilcox, CSR 9178*
*Official U.S. District Court Reporter*
*Los Angeles, CA  90012*

APPEARANCES OF COUNSEL:


FOR THE PLAINTIFF:

      UNITED STATES ATTORNEY'S OFFICE
      BY:  JENA A. MACCABE
      BY:  KEVIN J. BUTLER
      Assistant United States Attorneys
      Violent and Organized Crime Section
      1300 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012

FOR THE DEFENDANT:

      WERKSMAN JACKSON & QUINN LLP
      BY: MARK J. WERKSMAN
      BY: KAREN M. SOSA
      888 West Sixth Street, Fourth Floor
      Los Angeles, California 90017

3

LOS ANGELES, CA.; TUESDAY, MARCH 26, 2024

10:25 A.M.

- - - - -

*(The jurors entered the courtroom.)*

THE CLERK:  This United States District Court is now in session.  The Honorable Fernando L. Aenlle-Rocha, United States district judge, presiding.

Please be seated and come to order.

Calling CR 23-00149-FLA United States of America v. Daekun Cho.

Counsel, please make your appearances, beginning with the government.

MS. MacCABE:  Good morning, Your Honor.

Assistant United States Attorneys Jena MacCabe and Kevin Butler on behalf of the United States.  And with us at counsel table is Special Agent Michael Choi.

MR. WERKSMAN:  Good morning, Your Honor. Mark Werksman and Karen Sosa on behalf of Mr. Cho who's present in court.

THE COURT:  All right.  Good morning to all of you.

And good morning, ladies and gentlemen.

So I understand, through my courtroom deputy, that the jury has reached a verdict.

4

Who is the presiding juror?

Juror No. 3.

All right.  So ma'am, is it correct that the jury has reached a unanimous verdict as to all of the counts in this case?

THE JURY FOREPERSON:  Correct.

THE COURT:  All right.  If you could please, hand the verdict form to Ms. Freeman who will give it to me so that I may review it.

Thank you.

All right.  The verdict form is in order.  I'm going to hand it to Ms. Freeman and ask that the verdict form be published, and please read the verdict.

THE CLERK:  Yes, Your Honor.

United States District Court, Central District of California, United States of America versus Daekun Cho, Case Number CR 23-00149-FLA, Special Verdict Form:

Count 1:  Interference with commerce by extortion.

1.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.S. and Victim Y.S.'s business on November 16, 2020, as charged in Count 1 of the indictment.

Proceed to Question 2.

Count 2:  Interference with commerce by extortion.

5

2.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.S. and Victim Y.S.'s business on December 19, 2020, as charged in Count 2 of the indictment.

Proceed to Question 3.

Count 3:  Interference with commerce by extortion.

3:  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim J.L. and Victim J.L.'s business on January 12, 2021, as charged in Count 3 of the indictment.

Proceed to Question 4.

Count 4:  Interference with commerce by extortion.

4.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim J.L. and Victim J.L.'s business on February 15, 2021, in as charged in Count 4 of the indictment.

Proceed to Question 5.

Count 5:  Interference with commerce by extortion.

5.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on December 17, 2020, as charged in Count 5 of the

6

indictment.

Proceed to Question 6.

Count 6:  Interference with commerce by extortion.

6.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on January 17, 2021, as charged in Count 6 of the indictment.

Proceed to Question 7.

Count 7:  Interference with commerce by extortion.

7.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on February 15, 2021, as charged in Count 7 of the indictment.

Proceed to Question 8.

Count 8:  Interference with commerce by extortion.

8.  We, the jury in the above-captioned case, unanimously find Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on March 16, 2021, as charged in Count 8 of the indictment.

Proceed to Question 9.

Question -- Count 9:  Interference with commerce by extortion.

7

9.   We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on April 15, 2021, as charged in Count 9 of the indictment.

Proceed to Question 10.

Count 10:  Interference with commerce by extortion.

10.   We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on May 14, 2021, as charged in Count 10 of the indictment.

Proceed to Question 11.

Count 11:  Interference with commerce by extortion.

11.   We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on June 15, 2021, as charged in Count 11 of the indictment.

Proceed to Question 12.

Count 12:  Interference with commerce by extortion.

12.   We, the jury in the above-captioned case,

8

unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on July 16, 2021, as charged in Count 12 of the indictment.

Proceed to Question 13.

Count 13:  Interference with commerce by extortion.

13.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on August 15, 2021, as charged in Count 13 of the indictment.

Proceed to Question 14.

Count 14:  Interference with commerce by extortion.

14.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on September 16, 2021, as charged in Count 14 of the indictment.

Proceed to Question 15.

Count 15:  Interference with commerce by extortion.

15.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference

with commerce by extortion of Victim S.S. and Victim S.S.'s business on October 16, 2021, as charged in Count 15 of the indictment.

Proceed to Question 16.

Count 16:  Interference with commerce by extortion.

16.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on November 18, 2021, as charged in Count 16 of the indictment.

Proceed to Question 17.

Count 17:  Interference with commerce by extortion.

17.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on December 18, 2021, as charged in Count 17 of the indictment.

Proceed to Question 18.

Count 18:  Interference with commerce by extortion.

18.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s

business on January 15, 2022, as charged in Count 18 of the indictment.

Proceed to Question 19.

Count 19:  Interference with commerce by extortion.

19.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on February 15, 2022, as charged in Count 19 of the indictment.

Proceed to Question 20.

Count 20:  Interference with commerce by extortion.

20.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on March 17, 2022, as charged in Count 20 of the indictment.

Proceed to Question 21.

Count 21:  Interference with commerce by extortion.

21.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on April 16, 2022, as charged in Count 21 of the

11

indictment.

Proceed to Question 22.

Count 22:  Interference with commerce by extortion.

22.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on May 15, 2022, as charged in Count 22 of the indictment.

Proceed to Question 23.

Count 23:  Interference with Commerce by extortion.

23.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on June 20, 2022, as charged in Count 23 of the indictment.

Proceed to Question 24.

Count 24:  Interference with commerce by extortion.

24.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on July 14, 2022, as charged in Count 24 of the indictment.

Proceed to Question 25.

Count 25:  Interference with commerce by extortion.

25.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on August 16, 2022, as charged in Count 25 the indictment.

Proceed to Question 26.

Count 26:  Interference with commerce by extortion.

26.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interfere with commerce by extortion of Victim S.S. and Victim S.S.'s business on September 16, 2022, as charged in Count 26 of the indictment.

Proceed to Question 27.

Count 27:  Interference with commerce by extortion.

27.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on October 19, 2022, as charged in Count 27 of the indictment.

Proceed to Question 28.

Count 28:  Interference with commerce by extortion.

28.  We, the jury in the above-captioned case, unanimously find Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on November 15, 2022, as charged in Count 28 of the indictment.

Proceed to Question 29.

Count 29:  Interference with commerce by extortion.

29.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on December 16, 2022, as charged in Count 29 of the indictment.

Proceed to Question 30.

Count 30:  Interference with commerce by extortion.

30.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on January 15, 2023, as charged in Count 30 of the indictment.

Proceed to Question 31.

Count 31:  Interference with commerce by

extortion.

31.   We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on January 25th, 2023, as charged in Count 31 of the indictment.

Proceed to Question 32.

Count 32:  Interference with commerce by extortion.

32.   We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on March 16, 2023, as charged in Count 32 of the indictment.

Proceed to Question 33.

Count 33:  Interference with commerce by extortion.

33.   We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim K.Y.J. and Victim K.Y.J.'s business on December 7, 2020, as charged in Count 32 [sic] of the indictment.

THE COURT:  It was 33.

THE CLERK:  Proceed to Question 34.

Count 34:  Interference with commerce by

15

extortion.

34.   We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim K.Y.J and Victim K.Y.J.'s business on January 7, 2021, as charged in Count 34 of the indictment.

Proceed to Question 35.

Count 35:  Interference with commerce by extortion.

35.   We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim K.Y.J. and Victim K.Y.J.'s business on February 1, 2021, as charged in Count 35 of the indictment.

Proceed to Question 36.

Count 36:  Interference with commerce by extortion.

36.   We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim K.Y.J. and Victim K.Y.J.'s business on March 6, 2021, as charged in Count 36 of the indictment.

Proceed to Question 37.

Count 37:  Interference with commerce by extortion.

16

37.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim K.Y.J. and Victim K.Y.J.'s business on April 10, 2021, as charged in Count 37 of the indictment.

Proceed to Question 38.

Count 38:  Interference with commerce by extortion.

38.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim K.Y.J. and Victim K.Y.J.'s business on April 23rd, 2021, as charged in Count 38 of the indictment.

Proceed to Question 39.

39:  Interference with commerce by extortion.

39.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim K.Y.J. and Victim K.Y.J.'s business on May 5, 2021, as charged in Count 39 of the indictment.

Proceed to Question 40.

Count 40:  Interference with commerce by extortion.

40.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference

with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on March 1, 2022, as charged in Count 40 of the indictment.

Proceed to Question 41.

Count 41:  Interference with commerce by extortion.

41.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on April 15th, 2022, as charged in Count 41 of the indictment.

Proceed to Question 42.

Count 42:  Interference with commerce by extortion.

42.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on June 5, 2022, as charged in Count 42 of the indictment.

Please proceed to Question 43.

Count 43:  Interference with commerce by extortion.

43.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s

business on June 20, 2022, as charged in Count 43 of the indictment.

Proceed to Question 44.

Count 44:  Interference with commerce by extortion.

44.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on July 14, 2022, as charged in Count 44 of the indictment.

Proceed to Question 45.

Count 45:  Interference with commerce by extortion.

45.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on July 25, 2022, as charged in Count 45 of the indictment.

Please proceed to Question 46.

Count 46:  Interference with commerce by extortion.

46.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on April 15, 2022, as charged in Count 46 of the

indictment.

Proceed to Question 47.

Count 47:  Interference with commerce by extortion.

47.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on September 15, 2022, as charged on Count 47 of the indictment.

Proceed to Question 48.

Count 48:  Interference with commerce by extortion.

48.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on October 15, 2022, as charged in Count 48 of the indictment.

Proceed to Question 49.

Count 49:  Interference with commerce by extortion.

49.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on October 19, 2022, as charged in Count 49 of the indictment.

20

Proceed to Question 50.

Count 50:  Interference with commerce by extortion.

50.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on November 15, 2022, as charged in Count 50 of the indictment.

Proceed to Question 51.

Count 51:  Interference with commerce by extortion.

51.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on December 15, 2022, as charged in Count 51 of the indictment.

Proceed to Question 52.

Count 52:  Interference with commerce by extortion.

52.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on January 14, 2023, as charged in Count 52 of the indictment.

Proceed to Question 53.

Count 53:  Interference with commerce by extortion.

53.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on January 16, 2023, as charged in Count 53 of the indictment.

Proceed to Question 54.

Count 54:  Interference with commerce by extortion.

54.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interference with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on February 16, 2023, as charged in Count 54 of the indictment.

Proceed to Question 55.

Count 55:  Interference with commerce by extortion.

55.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of interfering with commerce by extortion of Victim Y.K. and Victim Y.K.'s business on March 15, 2023, as charged in Count 55 of the indictment.

Proceed to Question 56.

Count 56:  Attempt at interference with commerce

by extortion.

56.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of attempt at interference with commerce by extortion of Victim S.S. and Victim S.S.'s business on February 16, 2023, as charged in Count 56 of the indictment.

Proceed to Question 57.

Count 57:  Carjacking.

57.  We, the jury in the above-captioned case, unanimously find Defendant Daekun Cho guilty of carjacking as charged in Count 57 of the indictment.

If your response to Question 50 is "guilty," you must -- you must also answer Question 58.

If your response to Question 57 is "not guilty," do not answer Question 58.

58.  Having found Defendant Daekun Cho guilty of Count 57 of the indictment, do you unanimously find, beyond a reasonable doubt, that Count 57 resulted in serious bodily injury?

Yes.

Dated March 26, 2024.  Foreperson:  Juror No. 3.

Ladies and gentlemen of the jury, is this your verdict, so say you one, so say you all?

THE JURY:  We do.  Yes.

THE CLERK:  Your Honor.

THE COURT:  Thank you.

Would counsel like to have the jury polled?

We'll start with the government.

MS. MacCABE:  No, Your Honor.

THE COURT:  Defense?

MR. WERKSMAN:  Yes, please, Your Honor.

THE COURT:  All right.  The parties do have a right to have the jury polled, ladies and gentlemen.  So you will each be asked individually whether the verdict that was just published and that has been returned to the Court in writing constitutes your individual verdict in all respects.

THE CLERK:  Ladies and gentlemen of the jury, is this verdict as presented and read the verdict of each of you, so say you one, so say you all?

Starting with Juror No. 1, is this your verdict?

JUROR NO. 1:  Yes.

THE COURT:  Juror No. 2?

JUROR NO. 2:  Yes.

THE COURT:  Juror No. 3?

JUROR NO. 3:  Yes.

THE CLERK:  Juror No. 4?

JUROR NO. 4:  Yes.

THE CLERK:  Juror No. 5?

JUROR NO. 5:  Yes.

THE CLERK:  Juror No. 6?

JUROR NO. 6:  Yes.

THE CLERK:  Juror No. 7?

JUROR NO. 7:  Yes.

THE CLERK:  Juror No. 8?

JUROR NO. 8:  Yes.

THE CLERK:  Juror No. 9?

JUROR NO. 9:  Yes.

THE CLERK:  Juror No. 10?

JUROR NO. 10:  Yes.

THE CLERK:  Juror No. 11?

JUROR NO. 11:  Yes.

THE JURORS:  Juror No. 12?

JUROR NO. 12:  Yes.

THE CLERK:  All answer affirmative, Your Honor.

THE COURT:  All right.  Ms. Freeman, please record the verdict.

Ladies and gentlemen, now that the case has concluded, some of you may have questions about the confidentiality of the proceedings.

Now that the case is over, you are free to discuss it with any person you choose.

By the same token, however, I would advise you that you are under no obligation whatsoever to discuss this case with any person.

If you do decide to discuss the case with anyone,

25

I would suggest you treat it with a degree of solemnity in that whatever you do decide to say, you would be willing to say in the presence of the other jurors or under oath here, in open court, in the presence of all the parties.

Finally, always bear in mind that if you do decide to discuss this case, the other jurors fully and freely stated their opinions with the understanding that they were being expressed in confidence.  Please respect the privacy of the views of the other jurors.

Finally, if you would prefer not to discuss the case with anyone but are feeling undue pressure to do so, please feel free to contact my courtroom deputy who will notify me, and I will assist.

I personally want to thank each and every one of you on behalf of myself and all of the judges who have the privilege of serving in this district for your service this past week.  You have all been diligent and attentive here, in court, throughout the trial and in your deliberations.

So thank you very much.  You are all excused and discharged.  Your jury service is complete.  Thank you.

THE CLERK:  All rise.

*(The jurors exited the courtroom.)*

THE CLERK:  You may be seated.

THE COURT:  All right.  Counsel, please make sure you take all of your belongings before you depart today.

26

And please make sure you collect all of your exhibits from Ms. Freeman before you leave.

I was thinking, given the amount of business that's before our probation office, that we'd set a sentencing date in August, on a Friday.  If you have a preference, please let me know.  I'm not sure if you have August plans already.

MR. WERKSMAN:  Just a moment, Your Honor.

Your Honor, how is August 16th for the Court and counsel?

MS. MacCABE:  That works for the government.

THE COURT:  All right.  That's fine.  We'll set the sentencing for August 16.  We'll set the time as we get closer, but just plan on that morning for sentencing.  Why don't we set it for 10:00 a.m. for now.  And, obviously, the time could change.

All right.  Anything else?

MR. WERKSMAN:  No.  Thank you, Your Honor.

THE COURT:  All right.  Thank you.

MS. MacCABE:  And Your Honor, our press officer has received inquiries about the exhibits and asked that we ask you for authorization to share them.

THE COURT:  With?

MS. MacCABE:  With members of the press.

THE COURT:  Well, they're about to be released to

27

you.  I imagine it's up to the U.S. Attorney's Office as to whether you wish to share any of these exhibits that were admitted in evidence during a public trial.

MS. MacCABE:  Thank you, Your Honor.  Understood.

MR. WERKSMAN:  Your Honor, not to belabor this, the discovery we received, including the exhibits, are subject to a protective order.

THE COURT:  Oh.

MR. WERKSMAN:  So, look, the government can do what they want, obviously, with any exhibits that have been made public and published in this courtroom.

But if the government's going to release their exhibits to the press, then the defense should be allowed to do the same and not be subject to a protective order that's only now one-sided.

Is the protective order -- I don't have it before me.  I assume -- I signed it a while back.  Does it address posttrial proceedings?

MS. MacCABE:  I'd have to check, Your Honor.  I don't believe that it does.  But I think the only defense exhibit that was subject to the protective order was the first --

MR. WERKSMAN:  The rules?

MS. MacCABE:  I think so.  We can meet and confer.

THE COURT:  Well, why don't I have counsel --

28

before anything's released, why don't the two of you meet and confer, look over the protective order.  If you would like the protective order to be modified in some way, you can submit that to me for my review.

Obviously, make sure you're in compliance with the protective order that has been previously signed and entered by the Court.

MS. MacCABE:  Yes, Your Honor.  Thank you.

MR. WERKSMAN:  Thank you, Your Honor.

THE COURT:  All right.  We'll see you back here in August.

Thank you, everyone.

(At 11:06 a.m. proceedings were adjourned.)

--oOo--

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  February 17, 2025

/S/____WIL S. WILCOX_____

U.S. COURT REPORTER
CSR NO. 9178