UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br> v.<br><br>DAEKUN CHO, AKA DK<br><br>  Defendant - Appellant. | No. 24-5185<br><br>D.C. No.<br>2:23-cr-00149-FLA-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: WARDLAW and DE ALBA, Circuit Judges, and BROWN, District Judge.[*]

 We **GRANT** Karen Landau's motion for leave to withdraw as Appellant's counsel, Dkt. 58; **DENY** Landau's motion for appointment of new counsel, Dkt. 58; and **DENY** as moot Appellant's motions for leave to proceed pro se, "relief [from]/substitution" of his counsel, and leave to submit supplemental filings if Landau remains his counsel.  Dkt. 56.  Appellant's pro se petition for panel rehearing and rehearing en banc, Dkt. 57, will be addressed by separate order.

---

  [*] The Honorable Jeffrey Vincent Brown, United States District Judge for the Southern District of Texas, sitting by designation.